IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAVID RICHARDS,**

    Plaintiff,

vs.                                                Civil Action 2:06-CV-1077
                                                     Judge Marbley
                                                     Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## ORDER

       On plaintiff's motion, Doc. No. 19, and with the stipulation of the parties, Doc. No. 23, plaintiff is **AWARDED** attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of Four Thousand, Eight Hundred and 00/100 Dollars ($4,800.00).


                                                      *s/Algenon L. Marbley*
                                                       Algenon L. Marbley
                                               United States District Judge